THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOIS HILL DESIGNS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>UNIQUE DESIGNS, INC., a New York Corporation,<br><br>Defendant. | Case No. 2:20-cv-01403-RSL<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Plaintiff Lois Hill Designs, LLC ("LHD") submits the following statement, pursuant to FED. R. CIV. P. and LCR 7.1:

There are no entities to disclose. LHD has no parent corporation and there is publicly held entity that owns more than 10% of LHD's stock.

Dated this 29th day of September, 2020.

SCHWABE, WILLIAMSON & WYATT, P.C.


By: /s/ David R. Ebel
David R. Ebel, WSBA #28853
Email: debel@schwabe.com
*Attorneys for Plaintiff Lois Hill Designs, LLC*

PLAINTIFF'S CORPORATE DISCLOSURE
STATEMENT: CASE NO. 2:20-CV-01403-RSL - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

PDX\136440\254689\DRE\29061107.1

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury, under the laws of the State of Washington, that the following is true and correct:

That on the 29th day of September, 2020, I arranged for service of the foregoing **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jeremy E. Roller, Esq.
> Email: jroller@aretelaw.com
> Arete Law Group PLLC
> 1218 Third Avenue, Suite 2100
> Seattle, WA 98101
> *Attorney for Defendant Unique Designs, Inc.*

/s/ David R. Ebel
David R. Ebel, WSBA #28853