UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOIS HILL DESIGNS LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNIQUE DESIGNS, INC., a New York Corporation,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-01403-RSL<br><br>**STIPULATED MOTION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff Lois Hill Designs LLC ("Plaintiff") and Defendant Unique Designs, Inc. ("Defendant") jointly move the Court for leave for Plaintiff to file its proposed Second Amended Complaint, a copy of which is attached as **Attachment A** in "redline" form, pursuant to Local Civil Rules 7(d)(1), 10(g), and 15. This stipulated motion does not alter any dates or schedules previously set by the Court.

A party may amend its pleading "with the opposing party's written consent." *See* Fed. R. Civ. P. 15(a)(1). Defendant gives its written consent for Plaintiff to file the proposed Second Amended Complaint attached hereto.

/ / / / / /

/ / / / / /

/ / / / / /

1 | **IT IS SO STIPULATED AND AGREED.**

2 | Dated this 19th day of May, 2021.

3 |

4 | SCHWABE, WILLIAMSON & WYATT, P.C.      ARETE LAW GROUP PLLC

5 |

6 | By:  /s/ Ryan W. Dumm                    By:  /s/ Jeremy Roller
Ryan W. Dumm, WSBA #46738                Jeremy Roller, WSBA #32021
7 | Email:  rdumm@schwabe.com              Email: jroller@aretelaw.com
David Ebel, WSBA #28853                  1218 Third Avenue, Suite 2100
8 | Email: debel@schwabe.com               Seattle, WA 98101
Kainui M. Smith, WSBA #53877             *Attorney for Defendant Unique Designs, Inc.*
9 | Email:  ksmith@schwabe.com
Schwabe Williamson & Wyatt, P.C.
10 | 1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
11 | *Attorneys for Plaintiff Lois Hill Designs LLC*

13 |

14 | **IT IS SO ORDERED.**

15 | Dated this 20th day of May, 2021.

16 |

17 | *[signature]*
Honorable Robert S. Lasnik
United States District Judge