UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOIS HILL DESIGNS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>UNIQUE DESIGNS, INC., a New York Corporation,<br><br>Defendant. | Case No. 2:20-cv-01403-RSL<br><br>**STIPULATED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL** |

Plaintiff Lois Hill Designs LLC ("Plaintiff") and Defendant Unique Designs, Inc. ("Defendant") present this stipulated motion for leave of Court for Plaintiff to substitute counsel pursuant to Local Civil Rule 83.2(b)(1).

Plaintiff and Defendant hereby stipulate that, with the consent of Lois Hill Designs LLC, the law firm of Schwabe, Williamson & Wyatt, P.C. shall withdraw as counsel for Plaintiff and the law firm of Barrett & Gilman shall substitute as counsel for Plaintiff.

All further pleadings or notices intended for Plaintiff in this matter, other than original service of process, shall be directed to Thomas L. Gilman of Barrett & Gilman.

/ / / / / /

/ / / / / /

/ / / / / /

| | | | |
|---|---|---|---|
| 1 | **IT IS SO STIPULATED AND AGREED.** | | |
| 2 | Dated this 20th day of May, 2021. | | |

**WITHDRAWING COUNSEL FOR LOIS HILL DESIGNS LLC**
SCHWABE, WILLIAMSON & WYATT, P.C.

**COUNSEL FOR UNIQUE DESIGNS, INC.**
ARETE LAW GROUP PLLC

By: /s/ Ryan W. Dumm
By: /s/ David Ebel
By: /s/ Kainui M. Smith
　　Ryan W. Dumm, WSBA #46738
　　David Ebel, WSBA #28853
　　Kainui M. Smith, WSBA #53877
　　Schwabe Williamson & Wyatt, P.C.
　　1420 Fifth Avenue, Suite 3400
　　Seattle, WA 98101
　　Telephone: (206) 622-1711
　　Fax: (206) 292-0460
　　Email: rdumm@schwabe.com
　　　　　debel@schwabe.com
　　　　　ksmith@schwabe.com
　　*Withdrawing Attorneys for Plaintiff Lois Hill Designs LLC*

By: /s/ Jeremy Roller
　　Jeremy Roller, WSBA #32021
　　Arete Law Group PLLC
　　1218 Third Avenue, Suite 2100
　　Seattle, WA 98101
　　Telephone: (206) 428-3250
　　Email: jroller@aretelaw.com
　　*Attorney for Defendant Unique Designs, Inc.*

**SUBSTITUTING COUNSEL FOR LOIS HILL DESIGNS LLC**

BARRETT & GILMAN

By: /s/ Thomas L. Gilman
　　Thomas L. Gilman, WSBA #8432
　　Barrett & Gilman
　　1000 Second Avenue, Suite 1430
　　Seattle, WA 98104
　　Telephone: (206) 350-1026
　　Fax: (888) 471-7798
　　Email: tgilman@bgseattle.com
　　*Substituting Attorney for Plaintiff Lois Hill Designs LLC*

/ / / / / /

/ / / / / /

**IT IS SO ORDERED.**

Dated this 21st day of May, 2021.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Judge