# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOIS HILL DESIGNS LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNIQUE DESIGNS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:20-cv-01403-RSL<br><br>STIPULATED MOTION AND ORDER FOR AMENDMENT OF CASE SCHEDULE |

## I.  STIPULATED MOTION

COME NOW plaintiff Lois Hill Designs LLC and defendant Unique Designs, Inc. (collectively, "the Parties"), by and through their undersigned counsel of record, and stipulate as follows:

1.　The Parties anticipate and agree that the enforceability of an earlier Settlement Agreement is a threshold question in the case that may be amenable to resolution on summary judgment.  The Parties believe summary judgment motion(s) relating to the enforceability of the Settlement Agreement should be resolved prior to investment of additional resources in discovery and prior to any formal alternative dispute resolution efforts.

STIPULATED MOTION AND ORDER
FOR AMENDMENT OF CASE SCHEDULE

No. 2:20-cv-01403-RSL - 1

**BARRETT & GILMAN**
Attorneys at Law
1000 Second Avenue, Suite 1430
Seattle, WA 98104
(206) 464-1900

2.  Accordingly, the Parties propose as follows pursuant to LCR 7(k): Cross Motions for Summary Judgment regarding enforceability of the Settlement Agreement shall be filed simultaneously by the parties by November 10, 2021, and shall be noted for consideration on December 3, 2021.  Each party shall file an Opposition to the Motion for Summary Judgment filed by the opposing party by December 3, 2021.  No rebuttal or reply to the Opposition shall be permitted.  In recognition of the agreed briefing schedule foregoing reply briefs, the parties request that the page limit for each Opposition be enlarged from 24 pages to 30 pages as contemplated in LCR 7(k).

3.  The Parties ask that other dates in the Case Schedule be adjusted such that the parties will have additional time to complete discovery following the Court's decision regarding the Settlement Agreement and stipulate and agree to the following adjusted dates:

| Event | Proposed Date |
| --- | --- |
| Report from expert witnesses under FRCP 26(a)(2) due | 4/29/22 |
| Discovery Motions Noted on Motion Calendar for Hearing by | 6/3/22 |
| Discovery Completed by | 6/6/22 |
| Settlement Conference held no later than | 6/21/22 |
| Dispositive Motions[1] must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | 7/5/22 |
| Motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | 9/6/22 |
| Agreed pretrial order due | 9/21/22 |

---

[1] With the exception of the motion(s) for summary judgment regarding the parties' Settlement Agreement, which shall be filed no later than November 10, 2021.

STIPULATED MOTION AND ORDER
FOR AMENDMENT OF CASE SCHEDULE

No. 2:20-cv-01403-RSL - 2

**BARRETT & GILMAN**
Attorneys at Law
1000 Second Avenue, Suite 1430
Seattle, WA 98104
(206) 464-1900

Pretrial conference to be scheduled by the Court

Trial Brief and Exhibits Due                                              9/28/22

Trial Date                                                                        10/3/22

IT IS SO STIPULATED.

| BARRETT & GILMAN | ARÊTE LAW GROUP |
|---|---|
| by: s/ Thomas L. Gilman<br>Thomas L. Gilman, WSBA #8432<br>1000 Second Ave, Ste 1430<br>Seattle WA 98104<br>Telephone:   206-464-1900<br>Facsimile:    888-471-7798<br>tgilman@bgseattle.com | by:/s/ Jeremy E. Roller<br>Jeremy E. Roller, WSBA #32021<br>1218 Third Avenue, Suite 2100<br>Seattle WA 98101<br>Telephone:  206-428-3250<br>Fax:  206-428-3251<br>jroller@aretelaw.com |

## II.  ORDER

IT IS SO ORDERED.

Dated this 6th day of October, 2021.

_MMS Lasnik_
Hon. Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER
FOR AMENDMENT OF CASE SCHEDULE

No. 2:20-cv-01403-RSL - 3

**BARRETT & GILMAN**
Attorneys at Law
1000 Second Avenue, Suite 1430
Seattle, WA 98104
(206) 464-1900