1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOIS HILL DESIGNS, LLC, a Delaware
Limited Liability Company,

Plaintiff,

v.

UNIQUE DESIGNS, INC., a New York
Corporation,

Defendant.

No. 2:20-cv-01403-RSL

**STIPULATED MOTION AND
ORDER REGARDING BRIEFING
SCHEDULE ON CROSS MOTIONS
FOR SUMMARY JUDGMENT**

## STIPULATION

On October 6, 2021, this Court approved a stipulation and proposed order amending the case schedule. *See* Dkt. No. 23. That stipulation and order set a briefing schedule for Cross Motions for Summary Judgment regarding enforceability of a settlement agreement. *Id.* at 2.

On November 5 and 8, 2021, plaintiff/counterclaim defendant Lois Hill Designs LLC and defendant/counterclaim plaintiff Unique Designs, Inc., respectively, produced additional discovery that bears upon the anticipated Cross Motions for Summary Judgment. To permit the Parties sufficient time to address this recently produced discovery, the Parties request that the Court make a slight adjustment to the briefing schedule on the anticipated Cross Motions for

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE ON CROSS
MOTIONS FOR SUMMARY JUDGMENT
No. 2:20-cv-01403-RSL – Page 1



1  Summary Judgment.  Accordingly, and consistent with LCR 7(k), the Parties stipulate and agree

2  as follows:

3        1.      The Parties shall file their Cross Motions for Summary Judgment on November

4  16, 2021.  The Parties shall note their Cross Motions for Summary Judgment for December 10,

5  2021.

6        2.      Each party shall file its response to the opposing party's Cross Motion for

7  Summary Judgment on December 10, 2021.

8        3.      No rebuttals or replies to the response briefs shall be permitted.  In recognition of

9  the agreed briefing schedules foregoing reply briefs, the Parties request that the page limit for

10  each response brief be enlarged from 24 pages to 30 pages as contemplated in LCR 7(k) and

11  previously approved by this Court.  *See* Dkt No. 23 at 2.

12        4.      The remaining deadlines in the case schedule shall remain as previously ordered.

13  *See id.*

14

15  DATED: November 9, 2021.

16

17  **BARRETT & GILMAN**          **ARETE LAW GROUP PLLC**

18  By:  */s/ Thomas L. Gilman*        By: */s/ Jeremy E. Roller*
    Thomas L. Gilman, WSBA No. 8432    Jeremy E. Roller, WSBA No. 32021

19  1000 Second Avenue, Suite 1430      1218 Third Avenue, Suite 2100
    Seattle, WA 98104             Seattle, WA 98101

20  Phone: (206) 464-1900          Phone: (206) 428-3250
    Fax:   (888) 471-7798         Fax:   (206) 428-3251

21  tgilman@bgseattle.com          jroller@aretelaw.com

22  *Attorneys for Plaintiff/Counterclaim*    *Attorneys for Defendant/Counterclaim*
    *Defendant Lois Hill Designs, LLC*      *Plaintiff Unique Designs, Inc.*

23

24

25

26



1

**ORDER**

2          IT IS SO ORDERED.

3

4          DATED: November 10, 2021.

5                                                    _Mor S Lasnik_

6                                                    Hon. Robert S. Lasnik
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE ON CROSS
MOTIONS FOR SUMMARY JUDGMENT
No. 2:20-cv-01403-RSL – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250